**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN D. ROBB, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., AND DOES 1 TO 10, INCLUSIVE<br><br>    Defendants. | Case No:  8:23-cv-02111-FWS-DFM<br><br>**ORDER RE JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION [12]** |

///

///

///

1

## **ORDER**

Having reviewed and considered the Joint Stipulation to Submit Plaintiff's Claims to Binding Arbitration [12], the files and records of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

1. The claims asserted in Plaintiff's Complaint [1], in the above-captioned case, are **SUBMITTED TO BINDING ARBITRATION**;
2. The above-captioned case is **STAYED** pending the completion of the arbitration proceedings, or until further order of the court; and
3. The court **RETAINS** jurisdiction over the above-captioned case to confirm, correct, or vacate any arbitration award, until further order of the court.

**IT IS SO ORDERED**.

Dated:  February 1, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE